# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
          Appellant,

vs.

STUART WILLIAM BALCH,
          Respondent.

No. 69905

**FILED**

MAR 1 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion to suppress evidence. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant has filed a notice of withdrawal of appeal. We elect to treat the notice as a motion to withdraw this appeal voluntarily. Cause appearing, we grant the motion, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Connie J. Steinheimer, District Judge
      Attorney General/Carson City
      Washoe County District Attorney
      Law Office of Tammy M. Riggs, PLLC
      Stuart William Balch
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-08500